IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITICORP CREDITS SERVICES, INC., (USA), | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JOHN M. RICHARDSON, JR., P.C., et al., | ) ) ) ) |
| Defendants. | ) |

Case No. 3:11-0609
Chief Judge Haynes

## ORDER

Upon review, the Defendants filed for bankruptcy (Docket Entry Nos. 17 and 18). There have not been any further proceedings. Pursuant to Local Rul 41.01, this action is **DISMISSED without prejudice**. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

ENTERED this the ___ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court